```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 32057
   ARNOLD GILES
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5328


--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/24/2008 and was not confirmed.

     The case was dismissed without confirmation 02/04/2009.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                           PAID            PAID
--------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE   CURRENT MORTG         .00            .00             .00
NATIONAL CITY MORTGAGE   SECURED NOT I         .00            .00             .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00            .00             .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE     8000.00            .00             .00
INLAND BANK              CURRENT MORTG         .00            .00             .00
INLAND BANK & TRUST      CURRENT MORTG         .00            .00             .00
INLAND BANK & TRUST      MORTGAGE ARRE         .00            .00             .00
INLAND BANK & TRUST      CURRENT MORTG         .00            .00             .00
INLAND BANK              CURRENT MORTG         .00            .00             .00
INLAND BANK              CURRENT MORTG         .00            .00             .00
INTERNAL REVENUE SERVICE NOTICE ONLY     NOT FILED            .00             .00
BALLYS TOTAL FITNESS     UNSECURED       NOT FILED            .00             .00
CAPITAL ONE              UNSECURED       NOT FILED            .00             .00
FIRST PREMIER BANK       UNSECURED       NOT FILED            .00             .00
HFC USA                  UNSECURED       NOT FILED            .00             .00
HSBC BANK                UNSECURED       NOT FILED            .00             .00
LVNV FUNDING             UNSECURED       NOT FILED            .00             .00
PLAINS COMMERCE BANK     UNSECURED       NOT FILED            .00             .00
SEARS CBSD               UNSECURED       NOT FILED            .00             .00
THD/CBSD                 UNSECURED       NOT FILED            .00             .00
PHILIP A IGOE            DEBTOR ATTY           .00                            .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 32057 ARNOLD GILES
```

```
DEBTOR REFUND                                                           .00
                                          ---------------     ---------------
TOTALS                                                .00                 .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 03/05/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE